FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0618

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0618

NEIL L. NUNES,

Petitioner,

v.

STATE OF MONTANA, COUNTY OF TETON,
and SHERIFF VERN BURDICK, CHOUTEAU
COUNTY DETENTION CENTER,

Respondents.

ORDER

Neil L. Nunes has filed a Petition for a Writ of Habeas Corpus, contending his detention is illegal because he has been incarcerated for more than a year. We amend the caption to include the Sheriff of the Chouteau County Detention Center (CCDC), where Nunes is currently housed, and serve this order upon his counsel and the District Court where his criminal charges are pending.

Nunes states he was cited for misdemeanor partner or family member assault on December 11, 2019, and was directed by the court to have no contact with his ex-wife. However, he states he later had contact with her at a gas station in violation of the no-contact order and was charged with felony intimidation on December 12, 2019, having his initial appearance on December 17, 2019. Following his appearance, Nunes states he was detained in the CCDC in Fort Benton, and has been held there ever since. He states he was charged on February 24, 2020, with two counts of witness tampering. We secured copies of the case register of actions and the most recent minute entry for Nunes' criminal proceedings in the Teton County District Court. Nunes also has two other pending felony cases for failure to register as a violent or sexual offender, for which he has also been held since December 13, 2019. He has been appointed counsel.

Nunes argues his constitutional rights have been violated, referencing due process, speedy trial, bail, and effective assistance of counsel. He notes he has been detained for 377 days. The minute entry reflects that, on December 14, 2020, the District Court conducted a Status Hearing on Nunes' pending cases, which is set for jury trial in February, 2021, at which Nunes' counsel "advised the Court that a Motion to Dismiss will be filed for lack of speedy trial due to the trial being continued numerous times." The entry noted that the District Court mentioned the delays associated with the pandemic, and would consider the motion. No motion had been filed as of the date of our records request.

Section 46-22-101(1), MCA, allows a court to inquire about the cause of incarceration pursuant to habeas corpus. However, from the limited information available in Nunes' Petition and our review, we conclude that habeas relief is not appropriate here. It appears a motion to dismiss is contemplated, which may require factfinding and analysis of multiple charges by the District Court. The District Court may also entertain any requests for reduction of Nunes' bail. Therefore,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to the Honorable Robert Olson, Ninth Judicial District; to Lisa Sinton, Clerk of Court, Teton County, under Cause Nos. DC-19-028, DC-19-031, and DC-20-001; to Jen Stutz, Deputy County Attorney; to Roberta Cross Guns, Attorney for Defendant; to counsel of record; to Sheriff Vern Burdick, and to Neil L. Nunes personally.

DATED this 12th day of January, 2021.

_____

_____
Justices